PRESIDENT SELF SERVICE, INC., Respondent, *v.* AFFILIATED RESTAURATEURS, INC., et al., Appellants.

Submitted May 15, 1939; decided May 23, 1939.

*Samuel Miller* for motion.

*Louis B. Boudin* and *Louis Shapiro* opposed.

Motion denied.